# Order

Michigan Supreme Court
Lansing, Michigan

December 12, 2012

Robert P. Young, Jr.,
Chief Justice

145202

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

NADIA AWAD,
      Plaintiff-Appellant,

v

GENERAL MOTORS ACCEPTANCE
CORPORATION (GMAC),
      Defendant-Appellee,
and

WAYNE COUNTY BOARD OF
COMMISSIONERS and ORLANS
ASSOCIATES, P.C.,
      Defendants.

SC: 145202
COA: 302692
Wayne CC: 01-013011-CK

_____/

On order of the Court, the application for leave to appeal the April 24, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARILYN KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2012

_____
Clerk

t1205